**FILED**

**JUL 3 0 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael Wayne Bingham, )
Darrel Alan Hyberg, Jr., )
        )
       Plaintiffs, )
        )
       v. )      Civil Action No. *14-1300*
        )
Social Security Administration *et al.*, )
        )
       Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915A, which requires the Court to screen and dismiss a prisoner's complaint upon a determination that it fails to state a claim upon which relief may be granted.

Plaintiffs are two Colorado state prisoners who purport to sue the Social Security Administration, the Internal Revenue Service, and the U.S. Secretary of State. *See* Compl. Caption. They have submitted a form Complaint for Violation of Civil Rights, accompanied by a document captioned "42 U.S.C. § 1983 Complaint and Mandatory Injunctive Relief." By its terms, section 1983 establishes a private cause of action against state actors for constitutional violations and, therefore, does not apply to the federal defendants sued here.

As for the claim for injunctive relief, the Court cannot discern from the disjointed statements comprising the complaint just what conduct is being challenged and how it can be remedied by an injunction. To the extent that plaintiffs are seeking relief under the Privacy Act,

1

*see* Compl. at 9 (citing 5 U.S.C. § 552a), their sweeping statements fail to provide adequate notice of a claim under that statute's multi-faceted provisions. Hence, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

United States District Judge

DATE: July 29, 2014